AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>MOHAMED FATHY SULIMAN<br><br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No.  1:20mj67 GRJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   June 12, 2014 and June 14, 2014   in the county of          Alachua          in the

___Northern___   District of          Florida          , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §2339B | Attempt To Provide Material Support To A<br>Designated Foreign Terrorist Organization |

This criminal complaint is based on these facts:

See attached affidavit of Federal Bureau of Investigation Special Agent R. David Collins, which is incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent R. David Collins, FBI
*Printed name and title*

Sworn to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone and email.

Date: _____

2020.09.11 11:34:46
-04'00'
*Judge's signature*

City and state:          Gainesville, Florida          

Gary R. Jones, United States Magistrate Judge
*Printed name and title*

FILED USDC FLND GV
SEP 11 '20 AM 11:49